UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLADYS ELAINE JOHNSON,

           Plaintiff,

-v-

UNITED STATES OF AMERICA,

           Defendant.

CIVIL ACTION NO. 22 Civ. 8008 (VSB) (SLC)

**AMENDED TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's request at ECF No. 41 is GRANTED, and the telephone conference scheduled for June 26, 2024 is ADJOURNED to **Thursday, June 27, 2024 at 12:30 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 41.

Dated:     New York, New York
           June 24, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**