UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
    GLADYS ELAINE JOHNSON,

                              Plaintiff,

                  -against-                      22-cv-8008 (VSB)

    UNITED STATES OF AMERICA,                 **ORDER**

                              Defendant.
------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       Due to a conflict in the Court's schedule, the telephonic post-discovery conference currently scheduled for October 7, 2024 is hereby rescheduled to October 25, 2024 at 2:00 p.m. The dial-in number is 888-363-4749 and the conference code is 2682448.

SO ORDERED.

Dated: September 10, 2024
       New York, New York

                                                                  _____
                                                                  Vernon S. Broderick
                                                                  United States District Judge